UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA         :        CRIMINAL 13-217(MLC)

             vs.                 :        ORDER APPOINTING FEDERAL
                                              PUBLIC DEFENDER

ZACHARY LIZZIO                   :



     The financial inability of the defendant to retain counsel

having been established by the court, and the defendant not

having waived the appointment of counsel, and for good cause

shown;  it is on this 1st day of June, 2015,

     ORDERED that the Federal Public Defender Organization

for the District of New Jersey is hereby appointed to represent

said defendant in this cause until further order of this court.




                                    S/Mary L. Cooper
                                   **MARY L. COOPER,**
                                   United States District Judge


cc:  Federal Public Defender